# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C12cv1002 EJM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| $60,143 in US CURRENCY, et. al, ) | |
| Defendants. ) | |

This matter is before the court on plaintiff's unresisted Motion to Dismiss, filed December 13, 2012. Granted.

Plaintiff seeks dismissal with prejudice. Upon application and for cause, the unresisted motion shall be granted. LR 7.f.

It is therefore

ORDERED

Dismissed with prejudice.

January 16, 2013.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT